1
2
3
4
5                          **UNITED STATES DISTRICT COURT**

6                              **DISTRICT OF NEVADA**

7

8    LN MANAGEMENT LLC SERIES 5664 DIVOT,   )
                                            )
9                          Plaintiff,       )     Case No.  2:13-cv-01420-RCJ-GWF
                                            )
10   vs.                                    )     **ORDER**
                                            )
11   KIT DANSKER, *et al.*,                 )
                                            )
12                         Defendants.       )
     _____)
13

14          This matter is before the Court on the parties' failure to file a Certificate as to Interested

15   Parties as required by LR 7.1-1.  Counsel for Defendant removed this matter to federal court on

16   August 8, 2013.   LR 7.1-1 requires that counsel for private parties shall, upon entering a case, file a

17   certificate as to interested parties, listing all persons, firms, partnerships or corporations, known to

18   have an interest in the outcome of the case, including the names of all parent subsidiary, affiliate

19   and/or insider of the named non-individual parties.  If there are no known interested parties, other

20   than those participating in the case, a statement to that effect must be filed.  To date, Plaintiff and

21   Defendants have failed to comply.  Accordingly,

22          **IT IS ORDERED** that Plaintiff and Defendants shall file their Certificate as to Interested

23   Parties, which fully complies with LR 7.1-1 no later than **September 3, 2013**.  Failure to comply

24   may result in the issuance of an order to show cause why sanctions should not be imposed.

25          DATED this 21st day of August, 2013.

26

27                                                  _____
                                                    GEORGE FOLEY, JR.
28                                                  United States Magistrate Judge