Abran E. Vigil
Nevada Bar No. 7548
Sylvia O. Semper
Nevada Bar No. 12863
Matthew D. Lamb
Nevada Bar No. 12991
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
sempers@ballardspahr.com
lambm@ballardspahr.com
*Attorneys for Citibank, N.A. as Trustee
for Structured Asset Mortgage Investments II Trust
2007-AR7 Mortgage Pass-Through Certificates 2007 –AR7*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LN MANAGEMENT, LLC SERIES 5664 DIVOT,<br><br>Plaintiff,<br><br>vs.<br><br>KIT DANSKER and JPMORGAN CHASE BANK, NA<br><br>Defendants, | Case No.  2:13-cv-01420-RCJ-GWF<br><br>**STIPULATION AND ORDER TO MODIFY COURT'S NOVEMBER 19, 2013 ORDER [Doc. 18]** |

Plaintiff LN Management LLC Series 5664 Divot and Defendant JPMorgan Chase Bank, National Association ("Chase" and together with Plaintiff, the "Parties") stipulate as follows:

1. This is a quiet title action involving property at 5664 Divot Place, Las Vegas, Nevada 89130 (the "Property").

2. The Los Prados Community Association purportedly foreclosed against the Property on March 15, 2013 pursuant to a lien for delinquent assessments.

3. As the highest bidder at the sale, Plaintiff claims it acquired title to the Property free and clear of Chase's first deed of trust.

4. Plaintiff initiated this quiet title action against Chase and borrower Kit Dansker in the Eighth Judicial District Court of Nevada on May 31, 2013. Chase removed the case to this Court on the basis of diversity jurisdiction on August 8, 2013. [Doc. 1].[1]

5. Plaintiff moved to remand the case to state court on September 5, 2013. [Doc. 9].

6. Chase moved to dismiss Plaintiff's complaint and to expunge Plaintiff's notice of lis pendens against the Property on September 13, 2013. [Doc. 13]. Chase argued that, under Nevada law, the foreclosure of an HOA lien never extinguishes a first deed of trust because an HOA lien is junior in priority to a first deed of trust.

7. In an order filed November 19, 2013 [Doc. 18], this Court denied Plaintiff's motion to remand and granted Chase's motion to dismiss and to expunge the notice of lis pendens. The Court held that, as a matter of lien priority, a Nevada HOA foreclosure never extinguishes a first deed of trust.

8. The Court entered a final judgment on November 20, 2013. [Doc. 19].

9. Plaintiff filed a notice of appeal on December 17, 2013. [Doc. 20].

10. On September 18, 2014, the Nevada Supreme Court issued its opinion in SFR Investments Pool 1, LLC v. U.S. Bank, N.A., 130 Nev. Adv. Op. 75, 334 P.3d 408.

11. SFR Investments holds that the proper foreclosure of an HOA lien entitled to a "super-priority" under NRS 116.3116(2) may extinguish a first deed of trust.

12. On February 24, 2015, the Parties moved to dismiss the appeal without prejudice to reinstatement. [App. Doc. 21].

13. On February 25, 2015, the Ninth Circuit Court of Appeals entered an order dismissing the appeal without prejudice to reinstatement. [App. Doc. 22].

---

[1] "Doc." references to district court filings and "App. Doc." references to appellate court filings.

14. The Parties herein agree that the Court's November 19, 2013 order should be modified to deny Chase's motion to dismiss and Chase' motion to expunge the notice of lis pendens.

15. The parties further agree to set aside the final judgment entered on November 20, 2013.

16. Chase reserves the right to raise any defenses to Plaintiff's claims that are not controlled by the Nevada Supreme Court's <u>SFR Investments</u> decision.

17. Chase will file its answer to Plaintiff's complaint within 21 days of service of an order granting this stipulation, and the Parties will proceed in the ordinary course of litigation.

Dated: March , 2015                                  Dated: March , 2015

LAW OFFICES OF KERRY FAUGHNAN                        BALLARD SPAHR LLP

By: /s/ Kerry Faughnan                               By: /s/ Sylvia O. Semper
    Kerry Faughnan, Esq.                                 Abran E. Vigil
    Nevada Bar No. 12204                                 Nevada Bar No. 7548
    P.O. Box 335361                                      Sylvia O. Semper
    North Las Vegas, Nevada 89033                        Nevada Bar No. 12863
    *Attorney for Plaintiff*                             100 N. City Pkwy., Ste. 1750
                                                         Las Vegas, Nevada 89106
                                                         *Attorneys for Defendant-Appellee
                                                         JPMorgan Chase Bank, National
                                                         Association*

## ORDER

IT IS SO ORDERED.

Dated this 27th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE