Abran E. Vigil
Nevada Bar No. 7548
Sylvia O. Semper
Nevada Bar No. 12863
Matthew D. Lamb
Nevada Bar No. 12991
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
sempers@ballardspahr.com
lambm@ballardspahr.com
*Attorneys for Citibank, N.A. as Trustee
for Structured Asset Mortgage Investments II Trust
2007-AR7 Mortgage Pass-Through Certificates 2007 –AR7*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LN MANAGEMENT, LLC SERIES 5664 DIVOT,<br><br>Plaintiff,<br><br>vs.<br><br>KIT DANSKER and JPMORGAN CHASE BANK, NA<br><br>Defendants, | Case No.  2:13-cv-01420-RCJ-GWF<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff LN Management LLC Series 5664 Divot and Defendant JPMorgan Chase Bank, National Association ("Chase" and together with Plaintiff, the "Parties") stipulate to allow a 2-week enlargement of time to file a response to the complaint as follows:

1.   This is a quiet title action involving property at 5664 Divot Place, Las Vegas, Nevada 89130 (the "Property").

2.   On February 25, 2015, the Ninth Circuit Court of Appeals entered an order dismissing the appeal.

DMWEST #12118283 v1

1     3.    On March 27, 2015 this Court granted the parties' stipulation, making the deadline for Chase to file its response to Plaintiff's complaint April 17, 2015.

     4.    The parties hereby agree and stipulate that Chase shall have until May 1, 2015 to respond to the complaint in order to allow Chase time to further investigate the allegations of the Complaint and to formulate affirmative defenses.

Dated: April 17, 2015

LAW OFFICES OF KERRY FAUGHNAN

By: /s/ Kerry Faughnan
    Kerry Faughnan, Esq.
    Nevada Bar No. 12204
    P.O. Box 335361
    North Las Vegas, Nevada 89033
    *Attorney for Plaintiff*

Dated: April 17, 2015

BALLARD SPAHR LLP

By: /s/ Sylvia O. Semper
    Abran E. Vigil
    Nevada Bar No. 7548
    Sylvia O. Semper
    Nevada Bar No. 12863
    100 N. City Pkwy., Ste. 1750
    Las Vegas, Nevada 89106
    *Attorneys for Defendant-Appellee JPMorgan Chase Bank, National Association*

## ORDER

IT IS SO ORDERED.

Dated this 27th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE