Abran E. Vigil
Nevada Bar No. 7548
Sylvia O. Semper
Nevada Bar No. 12863
Matthew D. Lamb
Nevada Bar No. 12991
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
sempers@ballardspahr.com
lambm@ballardspahr.com
*Attorneys for JPMorgan Chase Bank, N.A.
And Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LN MANAGEMENT, LLC SERIES 5664 DIVOT,<br><br>             Plaintiff,<br><br>vs.<br><br>KIT DANSKER and JPMORGAN CHASE BANK, N.A.,<br><br>             Defendants,<br>And<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION and FEDERAL HOUSING FINANCE AGENCY,<br><br>             Intervenors. | Case No.  2:13-cv-01420-RCJ-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO SUBMIT JOINT DISCOVERY PLAN**<br><br>(First Request) |
| JPMORGAN CHASE BANK, N.A., FEDERAL NATIONAL MORTGAGE ASSOCIATION and FEDERAL HOUSING FINANCE AGENCY,<br><br>             Counter-claimant,<br><br>vs.<br><br>LN MANAGEMENT, LLC SERIES 5664 DIVOT, LOS PRADOS COMMUNITY ASSOCIATION, INC.<br><br>             Counter-Defendant. | |

DMWEST #12046420 v1

Case 2:13-cv-01420-RCJ-GWF   Document 39   Filed 06/17/15   Page 2 of 3

Plaintiff/Counter-defendant LN Management, LLC Series 5664 Divot, and Defendant/Counter-plaintiff JPMorgan Chase Bank, N.A. and Intervenors/Counter-plaintiffs Federal National Mortgage Association and Federal Housing Finance Agency (collectively "the parties") by and through their counsel of record, hereby stipulate and agree as follows:

1. The parties request a 30-day enlargement of time to file their joint discovery plan and scheduling order to **Wednesday, July 15, 2015** for the following reasons:

   a. On May 1, 2015, the parties filed a Stipulation to Entry of Order and Proposed Order Permitting Federal National Mortgage Association and Federal Housing Finance Agency to Intervene [Dkt No. 33], which this Court granted on May 14, 2015 [Dkt No. 35].

   b. On June 12, 2015, Intervenors Federal National Mortgage Association and Federal Housing Finance Agency to Intervene filed their Answers to Complaint and Counterclaims against Plaintiff and Los Prados Community Association, Inc. [Dkt Nos. 36 and 37].

   c. Counter-plaintiffs are in the process of serving counter-defendant Los Prados Community Association, Inc. with a copy of their counterclaims.

   d. At this time, Los Prados Community Association, Inc. has not yet appeared in this matter.

2. Because an additional party is about to enter this case, the current parties believe it makes sense to enlarge time to submit a discovery plan and scheduling order.

3. This request is being made to allow time for all current and prospective parties to participate in the Fed. R. Civ. P. 26(f) conference and not for the purpose of delay.

DMWEST #12046420 v1    2

IT IS SO STIPULATED this 15th day of June, 2015.

| | BALLARD SPAHR LLP |
|---|---|
| By: /s/Kerry Faughnan<br>Kerry P. Faughnan<br>PO Box 335361<br>North Las Vegas, NV 89033<br>Kerry.faughnan@gmail.com<br>*Attorney for Plaintiff* | By: /s/ Abran Vigil<br>Abran E. Vigil (SBN 7548)<br>Sylvia O. Semper (SBN 12863)<br>100 N. City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br>*Attorneys for Defendants JPMorgan Chase Bank, N.A. and Federal National Mortgage Association* |
| FENNEMORE CRAIG<br><br>By: /s/Leslie Bryan Hart<br><br>Leslie Bryan Hart, Esq. (SBN4932)<br>John D. Tennert, Esq. (SBN 11728)<br>300 S. Second St., Suite 1510<br>Reno, Nevada 89501<br>*Attorneys for Intervenor Federal Housing Financing Agency* | |

**IT IS SO ORDERED:**

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

Dated:  June 17, 2015