Abran E. Vigil
Nevada Bar No. 7548
Sylvia O. Semper
Nevada Bar No. 12863
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
sempers@ballardspahr.com
*Attorneys for JPMorgan Chase Bank, N.A.*
*And Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LN MANAGEMENT, LLC SERIES 5664 DIVOT, | Case No.  2:13-cv-01420-RCJ-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND** ~~**PROPOSED**~~ **SCHEDULING ORDER** |
| KIT DANSKER and JPMORGAN CHASE BANK, N.A., | |
| Defendants, | |
| And | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION and FEDERAL HOUSING FINANCE AGENCY, | |
| Intervenors. | |
| JPMORGAN CHASE BANK, N.A., FEDERAL NATIONAL MORTGAGE ASSOCIATION and FEDERAL HOUSING FINANCE AGENCY, | |
| Counter-claimant, | |
| vs. | |
| LN MANAGEMENT, LLC SERIES 5664 DIVOT. | |
| Counter-Defendant. | |

Ballard Spahr LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
(702) 471-7000 FAX (702) 471-7070

DMWEST #12809837 v1

Plaintiff/Counter-defendant LN Management, LLC Series 5664 Divot, Defendant/Counter-plaintiff JPMorgan Chase Bank, N.A. and Intervenors/Counter-plaintiffs Federal National Mortgage Association ("Fannie Mae") and Federal Housing Finance Agency ("FHFA") (collectively "the parties") by and through their counsel of record, hereby stipulate and agree as follows:

1. On July 15, 2015, the parties filed a Joint Motion to Stay Discovery [Dkt No. 44], which the court granted on July 20, 2015 [Dkt No. 45], staying this action through August 26, 2015 in order for the parties to analyze this matter in the context of Judge Navarro's decisions and to thereafter file either a discovery plan and scheduling order, or a briefing schedule.

2. The parties agree that the issue of whether a homeowner's association foreclosure sale conducted under Nevada Revised Statute § 116.3116 may extinguish Fannie Mae's property interest, or whether such a result is precluded by 12 U.S.C. § 4617(j)(3) can be decided without the need for discovery.

3. The parties further agree to the following proposed briefing schedule:

    a.   Motion for summary judgment due September 16, 2015;

    b.   Response to motion for summary judgment due October 14, 2015; and

    c.   Reply in support of motion for summary judgment due October 28, 2015.

4. Pursuant to *Ministerio Roca Solida v. U.S. Dept. of Fish and Wildlife*, 288 F.R.D. 500, 506 (D. Nev. 2013) (stay of discovery is appropriate when (1) the pending motion is potentially dispositive of the entire case; and (2) the pending motion can be decided without additional discovery), the parties respectfully request that discovery in this matter be stayed pending a decision on the motion for summary judgment.

5. In the event this matter is not disposed of pursuant to the motion for summary judgment, the parties shall file a stipulated discovery plan and scheduling order no later than thirty (30) days following the Court's entry of an order related to the motion for summary judgment.

Ballard Spahr LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617

6.  This Stipulation is made in good faith in an effort to save time, money and expense on the part of the parties, as well to save judicial resources of this Court.

IT IS SO STIPULATED this 26th day of August, 2015.

| | BALLARD SPAHR LLP |
|---|---|
| By: /s/ Kerry Faughnan<br>   Kerry P. Faughnan<br>   PO Box 335361<br>   North Las Vegas, NV 89033<br>   Kerry.faughnan@gmail.com<br>   *Attorney for Plaintiff* | By: /s/ Abran Vigil<br>   Abran E. Vigil (SBN 7548)<br>   Sylvia O. Semper (SBN 12863)<br>   100 N. City Parkway, Suite 1750<br>   Las Vegas, Nevada 89106<br>   *Attorneys for JPMorgan Chase Bank,<br>   N.A. and Federal National Mortgage<br>   Association* |
| FENNEMORE CRAIG | ARNOLD & PORTER LLP |
| By: /s/ Leslie Bryan Hart<br><br>Leslie Bryan Hart, Esq. (SBN4932)<br>John D. Tennert, Esq. (SBN 11728)<br>300 S. Second St., Suite 1510<br>Reno, Nevada 89501<br>*Attorneys for Intervenor Federal<br>Housing Financing Agency* | By: /s/ Asim Varma<br>Asim Varma, Esq.*<br>Howard N. Cayne, Esq.*<br>Michael A.F. Johnson, Esq.*<br>*Attorneys for Intervenor Federal Housing<br>Finance Agency*<br><br>*pro hac vice petitions to be submitted |

IT IS SO ORDERED:

*George Foley Jr.*
_____
United States Magistrate Judge

Dated: August 27, 2015

Ballard Spahr LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617