**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LN MANAGEMENT, LLC SERIES 5664 DIVOT,<br><br>　　　　　Plaintiff,<br><br>　　　　　vs.<br><br>KIT DANSKER, *et al.*,<br><br>　　　　　Defendants. | Case No.: 2:13-CV-01420-RCJ-GWF<br><br>**ORDER** |

This case has been inactive since November 12, 2015. Accordingly,

IT IS HEREBY ORDERED that a Status Conference is set for 9:00 A.M., Thursday, January 26, 2017, in LAS VEGAS Courtroom 4B, before Judge Robert C. Jones.

IT IS FURTHER ORDERED the parties shall jointly file a Status Report with the Court on or before 5:00 P.M., Tuesday, January 17, 2017.

IT IS FURTHER ORDERED that out-of-state counsel who request telephonic appearances shall file a Request to Appear Telephonically with the Court on or before 5:00 P.M., Tuesday, January 17, 2017.

IT IS SO ORDERED this 5th day of January, 2017.

_____
ROBERT C. JONES
Senior District Judge