# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| LN MANAGEMENT, LLC SERIES 5664 DIVOT, | 2:13-cv-01420-RCJ-GWF |
| Plaintiff, | |
| vs. | **ORDER** |
| KIT DANSKER et al., | |
| Defendants. | |

This is a removed quiet title action between the buyer ("LN") of a property at a homeowners' association foreclosure sale and the holders of the first deed of trust ("Chase"). Chase recently moved for summary judgment based on due process. *See Bourne Valley Court Tr. v. Wells Fargo Bank, N.A.*, 832 F.3d 1154 (9th Cir. 2016). LN countered that the Court should remand for lack of diversity. *See Weeping Hollow Ave. Tr. v. Spencer*, 831 F.3d 1110, 1113–14 (9th Cir. 2016). Because diversity, and hence subject matter jurisdiction, depends on the citizenships of the yet unknown deceased homeowner's successor(s)-in-interest and the buyer LLC's member(s), the Court gave the parties 28 days to engage in jurisdictional discovery. The parties have now requested an extension until June 30, 2017.

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Joint Motion to Extend Time (ECF No. 69) is GRANTED. Jurisdictional discovery shall continue until June 30, 2017. Defendants shall file their further statement of removal no later than July 7, 2017.

IT IS SO ORDERED.

DATED: This 24th day of May, 2017.

_____
ROBERT C. JONES
United States District Judge