**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|   |   |
|---|---|
| LN MANAGEMENT, LLC SERIES 5664 DIVOT,<br><br>          Plaintiff,<br><br>vs.<br><br>KIT DANSKER et al.,<br><br>          Defendants. | 2:13-cv-01420-RCJ-GWF<br><br>**ORDER** |

      This is a removed quiet title action between the buyer of a property at a homeowners' association foreclosure sale and the holders of the first deed of trust. The deed of trust holder moved for summary judgment under *Bourne Valley Court Tr. v. Wells Fargo Bank, N.A.*, 832 F.3d 1154 (9th Cir. 2016). The buyer countered that the Court should remand for lack of diversity under *Weeping Hollow Ave. Tr. v. Spencer*, 831 F.3d 1110 (9th Cir. 2016). Because diversity depended on the citizenships of the yet unknown deceased homeowner's successor(s)-in-interest and the buyer LLC's member(s), the Court gave the parties several months to engage in jurisdictional discovery.

      The parties have noted at a status conference that the only fact question potentially preventing diversity jurisdiction would be if one or more of Kit Dansker's successors-in-interest were Nevada residents. But the parties have yet to discover the identities of Dansker's heirs.

The dispositive issue at this time is therefore the fact that Dansker's successors have not been served. The possibility of a future quiet title action by one of those persons does not destroy complete diversity where the state citizenships of such persons is unknown. There being no lack of diversity between the joined and served parties, the Court is satisfied of its jurisdiction and will not delay the case any longer. Any party later discovering a lack of subject matter jurisdiction may bring the issue to the attention of the Court.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Compel (ECF No. 75) is DENIED as moot.

IT IS FURTHER ORDERED that the parties shall consult with the Magistrate Judge forthwith to establish a scheduling order.

IT IS SO ORDERED.

Dated this 24th day of August, 2017.

_____
ROBERT C. JONES
United States District Judge