# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LN MANAGEMENT, LLC SERIES 5664 DIVOT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KIT DANSKER, *et al.*,<br><br>　　　　Defendants. | Case No.: 2:13-CV-01420-RCJ-GWF<br><br>**ORDER** |

　　　On August 9, 2017, the Court held a Status Conference and ruled on the jurisdictional issues. See Order (ECF No. 85). The Court further ordered the parties to consult with the Magistrate Judge forthwith to establish a scheduling Order. The parties have failed to comply with the Court's Order (ECF No 85). Accordingly,

　　　IT IS HEREBY ORDERED that a Status Conference is set for 10:00 A.M., Thursday, October 26, 2017, in LAS VEGAS COURTROOM 4B, before Judge Robert C. Jones.

　　　IT IS FURTHER ORDERED the parties shall jointly file a Status Report with the Court on or before 5:00 P.M., Friday, October 20, 2017.

　　　IT IS FURTHER ORDERED that out-of-state counsel who request telephonic appearances shall file a Request to Appear Telephonically with the Court on or before 5:00 P.M., Friday, October 20, 2017.

　　　IT IS SO ORDERED this 28th day of September, 2017.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　　　Senior District Judge