Kerry Faughnan, Esq.
Nevada Bar No.12204
P.O. Box 335361
North Las Vegas, NV 89086
(702) 301-3096
(702) 331-4222- Fax
Kerry.faughnan@gmail.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LN MANAGEMENT, LLC SERIES 5664 DIVOT,<br><br>Plaintiff,<br><br>vs.<br><br>KIT DANSKER and JPMORGAN CHASE BANK, N.A.,<br><br>Defendants,<br>And<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION and FEDERAL HOUSING FINANCE AGENCY,<br><br>Intervenors. | CASE NO.: 2:13-cv-01420-RCJ-GWF<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR LN MANAGEMENT, LLC SERIES 5664 DIVOT'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT**<br><br>(First Request) |
| JPMORGAN CHASE BANK, N.A., FEDERAL NATIONAL MORTGAGE ASSOCIATION and FEDERAL HOUSING FINANCE AGENCY,<br><br>Counter-claimant,<br><br>vs.<br><br>LN MANAGEMENT, LLC SERIES 5664 DIVOT.<br><br>Counter-Defendant. | |

1

Defendant/Counter-plaintiff, JPMorgan Chase Bank, N.A. ("JPMorgan") and Plaintiff/Counter-defendant, LN Management, LLC Series 5664 Divot ("LN Management") by and through their respective counsel, in compliance with LR IA 6-1 and LR 7-1, hereby submit this Stipulation and Order to Extend Briefing Schedule for LN Management's Response to Motion for Summary Judgment.

1. On October 20, 2017, JPMorgan filed its Motion for Summary Judgment ("Motion")(ECF No. 89).

2. LN Management's response to the Motion is currently due November 13, 2017, and, accordingly, JPMorgan's reply brief in support of its Motion is currently due on December 8, 2017.

3. LN Management seeks a one-week extension to file its reply brief due to numerous commitments of counsel.

4. LN Management and JPMorgan hereby stipulate and agree that LN Management shall have up to and including November 20, 2017, to file a response brief to JPMorgan's Motion for Summary Judgment. No other deadlines shall be extended.

[Remainder of page intentionally left blank]

This is the first stipulation for extension of time related to LN Management's Response to the Motion and is made in good faith and not for purposes of delay.

IT IS SO STIPULATED this 13th day of November, 2017.

|  | BALLARD SPAHR LLP |
|---|---|
| By: /s/ Kerry Faughnan<br>Kerry P. Faughnan<br>Nevada Bar No. 12204<br>PO Box 335361<br>North Las Vegas, NV 89033<br>Kerry.faughnan@gmail.com *Attorney for Plaintiff* | By: /s/ Sylvia O. Semper<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Sylvia O. Semper<br>Nevada Bar No. 12863<br>100 N. City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br>*Attorneys for JPMorgan Chase Bank, N.A. and Federal National Mortgage Association* |

## ORDER

**IT IS SO ORDERED.**

_____
United States District/Magistrate Judge
Dated: 11-15-2017

3