Abran E. Vigil
Nevada Bar No. 7548
Sylvia O. Semper
Nevada Bar No. 12863
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
sempers@ballardspahr.com
*Attorneys for JPMorgan Chase Bank, N.A.
And Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LN MANAGEMENT, LLC SERIES 5664 DIVOT,<br><br>Plaintiff,<br><br>vs.<br><br>KIT DANSKER and JPMORGAN CHASE BANK, N.A.,<br><br>Defendants,<br>And<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION and FEDERAL HOUSING FINANCE AGENCY,<br><br>Intervenors. | Case No.  2:13-cv-01420-RCJ-GWF<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR JPMORGAN CHASE BANK, N.A.'S REPLY TO MOTION FOR SUMMARY JUDGMENT**<br><br>(First Request) |
| JPMORGAN CHASE BANK, N.A., FEDERAL NATIONAL MORTGAGE ASSOCIATION and FEDERAL HOUSING FINANCE AGENCY,<br><br>Counter-claimant,<br><br>vs.<br><br>LN MANAGEMENT, LLC SERIES 5664 DIVOT.<br><br>Counter-Defendant. | |

DMWEST #17231771 v1

Defendant/Counter-plaintiff JPMorgan Chase Bank, N.A. ("JPMorgan") and Plaintiff/Counter-defendant LN Management, LLC Series 5664 Divot ("LN Management") by and through their respective counsel, in compliance with LR IA 6-1 and LR 7-1, hereby submit this Stipulation and Order to Extend Briefing Schedule for JPMorgan Chase Bank, N.A.'s Reply to Motion for Summary Judgment.

1. On October 20, 2017, JPMorgan filed its Motion for Summary Judgment ("Motion")(ECF No. 89).

2. LN Management's response to the Motion is currently due November 13, 2017, and, accordingly, JPMorgan's reply brief in support of its Motion is currently due on November 24, 2017 (the day after Thanksgiving Day).

3. JPMorgan seeks a two-week extension to file its reply brief due to numerous commitments of counsel and the upcoming Thanksgiving Day holiday.

4. LN Management and JPMorgan hereby stipulate and agree that JPMorgan shall have up to and including December 8, 2017, to file a reply brief in support of its Motion. No other deadlines shall be extended.

[Remainder of page intentionally left blank]

This is the first stipulation for extension of time related to the Motion and is made in good faith and not for purposes of delay.

IT IS SO STIPULATED this 10th day of November, 2017.

BALLARD SPAHR LLP

By: /s/ Kerry Faughnan
    Kerry P. Faughnan
    Nevada Bar No. 12204
    PO Box 335361
    North Las Vegas, NV 89033
    Kerry.faughnan@gmail.com
    *Attorney for Plaintiff*

By: /s/ Sylvia O. Semper
    Abran E. Vigil
    Nevada Bar No. 7548
    Sylvia O. Semper
    Nevada Bar No. 12863
    100 N. City Parkway, Suite 1750
    Las Vegas, Nevada 89106
    *Attorneys for JPMorgan Chase Bank, N.A. and Federal National Mortgage Association*

## ORDER

IT IS SO ORDERED.

_____
United States District/Magistrate Judge
Dated: 11-15-2017